FILED
October 1, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:       VL
                Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Case No: SA:25-CR-00508-JKP

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff | **INDICTMENT** |
| v | **COUNT 1:** 18 U.S.C. § 922(g)(5)<br>Alien in Possession of a Firearm |
| RAMIRO BARRERA GONZALEZ | |
| Defendants | **COUNT 2:** 18 U.S.C. § 111 (a)(1) &(b)<br>Assaulting an Employee of the United States |
| | **COUNT 3:** 8 U.S.C. § 1325<br>Illegal Entry |

**THE GRAND JURY CHARGES:**

COUNT ONE
[18 U.S.C. § 922(g)(5)]

On or about September 13, 2025, in the Western District of Texas, Defendant,

**RAMIRO BARRERA GONZALEZ**

knowing he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm, to wit: Glock 19 Gen 5, 9x19mm caliber, bearing serial number DHS219183, and said firearm had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(5).

COUNT TWO
[18 U.S.C. § 111(a)(1) and (b)]

On or about September 13, 2025, in the Western District of Texas, Defendant,

**RAMIRO BARRERA GONZALEZ**

1

knowingly and forcibly assaulted, resisted opposed, impeded, intimidated, and interfered with a U.S. Border Patrol Agent, who is a person designated in Title 18, United Staes Code, Section 1114, while said Agent was engaged in and on account of the performance of his official duties, and in doing so, made physical contact with the Agent and used a deadly and dangerous weapon, specifically, that GONZALEZ attempted to gain control and did gain control of the Agent's firearm, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

## COUNT THREE
## [8 U.S.C. § 1325]

On or about September 10, 2025, in the Western District of Texas, Defendant,

**RAMIRO BARRERA GONZALEZ,**

an alien, entered the United States of America at a place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### Firearms Violations and Forfeiture Statutes
**[Title 18 U.S.C. § 922(g)(5) subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the criminal violation set forth above, the United States gives notice to the Defendant of its intent to seek the forfeiture of the property described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states:

**Title 18 U.S.C. § 924. Penalties**
**(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . .

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
FOR KARINA O'DANIEL
Assistant United States Attorney

3